1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10
11

CRISTHIAN CONTRERAS,                     )   NO. CV 13-1744-ODW (AS)
                                         )
12                   Petitioner,         )   **ORDER ACCEPTING FINDINGS,**
                                         )
13          v.                           )   **CONCLUSIONS AND RECOMMENDATIONS**
                                         )
14   G.D. LEWIS, Warden,                 )   **OF UNITED STATES MAGISTRATE JUDGE**
                                         )
15                   Respondent.         )
                                         )
16   _____

17
18

    Pursuant to 28 U.S.C. section 636, the Court has reviewed the
19
Petition, all of the records herein and the attached Report and
20
Recommendation of United States Magistrate Judge.  **After having**
21
**made a _de novo_ determination of the portions of the Report and**
22
**Recommendation to which Objections were directed, the Court concurs**
23
**with and accepts  the findings and conclusions of the Magistrate**
24
**Judge.**
25
26
    **The Court accepts and adopts the Magistrate Judge's Report and**
27
**Recommendation.**
28

1    IT IS ORDERED that Judgment be entered denying and dismissing

2  the Petition with prejudice.

3

4    IT IS FURTHER ORDERED that the Clerk serve copies of this

5  Order, the Magistrate Judge's Report and Recommendation and the

6  Judgment herein on counsel for Petitioner and counsel for

7  Respondent.

8

9    LET JUDGMENT BE ENTERED ACCORDINGLY.

10

11    DATED: July 11, 2014.

12

13

14

15    _____

                   OTIS D. WRIGHT
16         UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28                              2