# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTHIAN CONTRERAS,<br><br>   Petitioner,<br><br>  v.<br><br>G.D. LEWIS, Warden,<br><br>   Respondent. | NO. CV 13-1744-ODW (AS)<br><br><br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: July 11, 2014.

_____
OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE